**Juliet ARVAKHI, an individual, Plaintiff-Appellant,**

v.

**Craig CLEMMENSEN, Acting Secretary, United States Department of Housing and Urban Development, * Defendant-Appellee.**

No. 15-56923

United States Court of Appeals, Ninth Circuit.

Submitted February 14, 2017 **

Filed February 23, 2017

Juliet Arvakhi, Pro Se

Russell William Chittenden, Esquire, Assistant U.S. Attorney, USLA—Office of the U.S. Attorney, Los Angeles, CA, for Defendant-Appellee

Before: GOODWIN, FARRIS, and FERNANDEZ, Circuit Judges.

MEMORANDUM ***

Juliet Arvakhi appeals pro se from the district court's summary judgment in her Title VII action alleging hostile work environment and retaliation claims. We have jurisdiction under 28 U.S.C. § 1291. We

** The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

review de novo. *Vasquez v. County of Los Angeles*, 349 F.3d 634, 639 (9th Cir. 2004). We affirm.

The district court properly granted summary judgment on Arvakhi's hostile work environment claim because Arvakhi failed to raise a genuine dispute of material fact as to whether defendant's alleged conduct was severe or pervasive enough to alter the conditions of her employment. *See Manatt v. Bank of Am.*, 339 F.3d 792, 798 (9th Cir. 2003) (elements of a Title VII hostile work environment claim).

The district court properly granted summary judgment on Arvakhi's retaliation claim because Arvakhi failed to raise a genuine dispute of material fact as to whether she suffered an adverse action as a result of engaging in protected activity. *See Vasquez*, 349 F.3d at 646 (elements of a Title VII retaliation claim).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.